IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| AMADOTO K. DZIKO, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>SCOTT HASSELL, )<br>)<br>Respondent. ) | Case No. 4:17-cv-00331-VEH-TMP |

## **MEMORANDUM OPINION**

On June 21, 2017, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party. On June 23, 2017, the copy of the Report and Recommendation mailed to the petitioner was returned marked "Refused Unable to Forward." (Doc. 13).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the Motion To Dismiss Petition as Moot (doc. 10) is due to be **GRANTED**, and the petition for writ of *habeas corpus* filed pursuant to 28

U.S.C. § 2241 in the above-styled cause is due to be **DISMISSED** as **MOOT**. An order of final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this the 28th day of June, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge